# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL K. FARRAR,** ) | |
| ) | **8:09CV63** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DOUGLAS COUNTY, NEBRASKA, et al.** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the oral motion of defendant Eric K. Fleming to amend his answer and assert a qualified immunity defense, such motion made during the planning conference on September 25, 2009. The plaintiff objected. The objection is overruled and defendant Fleming shall file his amended answer **on or before October 1, 2009**. Any motion by defendant Fleming for summary judgment based on qualified immunity shall be filed **on or before October 13, 2009**.

**IT IS SO ORDERED.**

DATED this 25th of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge