# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL K. FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV63 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY, NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Motion to Continue Trial Date (Filing No. 63). The parties seek a continuance of the trial from July 19, 2010, until August or later for non-case related reasons. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Continue Trial Date (Filing No. 63) is granted.

2. Trial is set to commence, at the court's call, during the week of **August 30, 2010**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial.

DATED this 1st day of July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge