# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MICHAEL K. FARRAR,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DOUGLAS COUNTY, NEBRASKA et al.,** )<br>)<br>Defendants. ) | 8:09CV63<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on August 19, 2010, by the plaintiff's counsel,

**IT IS ORDERED that:**

1.   **On or before September 20, 2010**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2.   Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3.   The pretrial conference and trial previously scheduled are cancelled, and the pending motions in limine (Filing Nos. 55 and 59) are denied as moot upon the representation that this case is settled.

DATED this 19th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge