### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL K. FARRAR,              ) | Case No.  8:09-CV-63 |
|                                 ) | |
| Plaintiff,   ) | |
|                                 ) | |
| v                               ) | |
|                                 ) | **ORDER** |
| DOUGLAS COUNTY, NEBRASKA,       ) | |
|                                 ) | |
| and                             ) | |
|                                 ) | |
| ERIC FLEMING,                   ) | |
|                                 ) | |
| Defendants.  ) | |

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice with each party to pay its own costs and the Court, being fully advised in the premises, finds that such motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter is hereby dismissed with prejudice at the parties' own costs.

SO ORDERED.

DATED this 15th day of September, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Court Judge

Prepared and submitted by:

John E. Corrigan, #21242
DOWD HOWARD & CORRIGAN, LLC
1411 Harney Street, Suite 100
Omaha, Nebraska 68102
(402) 341-1020
ATTORNEYS FOR DEFENDANT FLEMING